UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Christopher Lee Johnson,<br>*Plaintiff*<br>v.<br><br>Apple, Inc.; Tim Cook,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.   6:17-cv-02149-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Christopher Lee Johnson, shall take nothing of the defendants; Apple, Inc. and Tim Cook, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   September 21, 2017                              *ROBIN L. BLUME, CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*